

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY CRIMINAL COURT NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 18th day of August, 2015, the cause on appeal to revise or reverse the judgment between

THE STATE OF TEXAS, Appellant

No. 05-14-01246-CR        V.

MARK CLAYTON TATOM, Appellee

On Appeal from the County Criminal Court No. 4, Dallas County, Texas
Trial Court Cause No. MA13-05080.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers participating.

was determined; and this Court made its order in these words:

On the Court's own motion, we **WITHDRAW** the opinion and **VACATE** the judgment of April 14, 2005.

Based on the Court's opinion of this date, the trial court's order is **REVERSED** and the cause **REMANDED** for further proceedings consistent with this opinion.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 2nd day of October, 2015.



_____
LISA MATZ, Clerk